UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBIN McDONALD,<br><br>           Plaintiff,<br><br>v.<br><br>AVAYA, INC.<br><br>           Defendant. | Civil Action No. 06-10927-GAO |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby dismiss this action with prejudice. Each party will bear her/its own costs.

Respectfully submitted,

| ROBIN McDONALD, | AVAYA INC. |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Daniel W. Rice | /s/ Christine J. Wichers |
| Daniel W. Rice | Christine J. Wichers |
| Glynn, Landry, Harrington & Rice, LLP | Lisa M. Gaulin |
| 10 Forbes Road | Choate, Hall & Stewart LLP |
| Braintree, MA 02184 | Two International Place |
| (781) 849-8479 | Boston, Massachusetts 02110 |
|  | (617) 248-5000 |

Dated: December 27, 2006

EXHIBIT A

4148105v1